| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| DIETRICK LEWIS JOHNSON, SR., #19831-078 | § § § | |
| *versus* | § § | CIVIL ACTION NO. 4:17CV765 CRIMINAL ACTION NO. 4:12CR080(1) |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge (#12), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Movant's Motions to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (##1, 6) pursuant to 28 U.S.C. § 2255 are **DENIED** and this case is **DISMISSED** without prejudice. All motions by either party not previously ruled upon are **DENIED**.

SIGNED at Beaumont, Texas, this 2nd day of March, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE